UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-45-1F(1)

FILED IN OPEN COURT
ON 2/19/13S
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | I N D I C T M E N T |
| | ) | |
| CRAIG GENERETTE | ) | |

The Grand Jury charges that:

COUNT ONE

Between on or about July 22, 2011, and on or about August 12, 2011, in the Eastern District of North Carolina, the defendant, CRAIG GENERETTE, then located in Delaware, with the intent to cause substantial emotional distress to a person known to the grand jury, used a facility of interstate/foreign commerce, the telephone, to engage in a course of conduct that caused substantial emotional distress to the person known to a grand jury, who was at that time in another State, North Carolina, in violation of Title 18, United States Code, Section 2261A(2)(A).

COUNTS TWO THROUGH NINE

On or about each of the dates reflected below for each of Counts Two through Nine, in the Eastern District of North Carolina, the defendant, CRAIG GENERETTE, then located in Delaware, knowingly and willfully did transmit in interstate and

foreign commerce, a communication by phone to a person known to the grand jury and who was then located in North Carolina, and the communication contained a threat to kidnap and injure that person known to the grand jury as specifically indicated below:

| COUNT | DATE | APPROXIMATE TIME OF CALL | THREAT MADE |
|---|---|---|---|
| TWO | 7/22/2011 | 6:02 p.m. | "I got a trick for your ass" |
| THREE | 7/27/2011 | 9:53 p.m. | "I'm gonna get your mother-fucking ass, I'm gonna get your ass trick ass bitch" |
| FOUR | 7/30/2011 | 10:55 p.m. | "That nigger's gonna kill your ass, and when he do, you'll get just what you fucking deserve, dumb-ass bitch" |
| FIVE | 8/1/2011 | 8:47 p.m. | "Mother fucker I'll get your ass" |
| SIX | 8/2/2011 | 5:55 p.m. | "you just better pray to whatever cock-sucking god you pray to that I never see your mother fucking retarded ass" |
| SEVEN | 8/2/2011 | 8:39 p.m. | "cock-sucking ass you trick-ass bitch I got a trick for your mother fucking monkey ass" |

| EIGHT | 8/2/2011 | 8:43 p.m. | "Somebody gonna come holler at you on the real for when they do, its all over for real trick ass bitch you done fucked over the wrong nigger, the nigger you mother fucking robbed and took his dope money shit I hollered at that nigger, that nigger gonna cut your ass up. . . but I'm a get you hurt, trick ass bitch" |
| NINE | 8/6/2010 | 9:37 p.m. | "I'll be in mother fucking Clinton Monday trick ass mother fucker I got something for your ho ass, too" |

Each count in the above table constituting a separate violation of Section 875(c) of Title 18 of the United States Code.

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

19 Feb 2013

DATE

THOMAS G. WALKER
United States Attorney

*Barbara D. Kocher*

BY: BARBARA D. KOCHER
Assistant United States Attorney